**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DANA HEIMLICH,

                     Plaintiff,        24-CV-8484 (MKV)

          -against-                  **ORDER**

BERKELEY EDUCATIONAL SERVICES OF NEW YORK, INC.,

                    Defendant.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court's Order at ECF 9 was entered in error because the case was not referred to me.

The Court respectfully directs the Clerk of Court to strike ECF 9.

**SO ORDERED.**

                                                                  _s/ Ona T. Wang_

Dated: December 5, 2024                                    **Ona T. Wang**
      New York, New York                     United States Magistrate Judge